IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **TERRANCE LORENZO MOSLEY (#206394),** | : | |
| Petitioner, | : | |
| vs. | : | CIVIL ACTION 16-0380-CG-M |
| **LEON BOLLING,** | : | |
| Respondent. | : | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated January 4, 2017, is adopted as the opinion of this Court.

**DONE and ORDERED** this 25th day of January, 2017.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE