IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **TERRANCE LORENZO MOSLEY (#206394),** | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| vs. | : | CIVIL ACTION 16-0380-CG-M |
| | : | |
| **LEON BOLLING,** | : | |
| | : | |
| Respondent. | : | |

## JUDGMENT

In accordance with the Order entered this date, it is ORDERED, ADJUDGED, and DECREED that JUDGMENT be entered in favor of Defendant and against Plaintiff. The claims against Respondent are due to be and are hereby **DISMISSED** as time-barred.  The Court finds that Petitioner is not entitled to a Certificate of Appealability or to proceed *in forma paupris* on appeal.

**DONE and ORDERED** this 25th day of January, 2017.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE